AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**CV 14 - 5211**

ORIGINAL

# UNITED STATES DISTRICT COURT
for the

Ruthby Pérez
_Plaintiff/Petitioner_
v.
Frontier airlines
_Defendant/Respondent_

) ) ) ) ) )

Civil Action No.

RECEIVED
SEP 03 2014
4:05PM  JD
PRO SE OFFICE

COGAN, J.
BLOOM, M.J.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: Global Security at JFK, Swissport JFK —

My gross pay or wages are: $ 477.50 , and my take-home pay or wages are: $ 422.23 per
(specify pay period) 2 weeks . 184. every week —

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends            ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments     ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments    ☐ Yes    ☒ No
(e) Gifts, or inheritances                           ☐ Yes    ☒ No
(f) Any other sources                                ☐ Yes    ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ *none*.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: *none*

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent 1,133.44 monthly
Cable, house phone, Internet 126.00 monthly
loan Edison 150.00 monthly

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Michael Perez — Son   student
Christopher Perez — Son   student

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

medical bills 710.00 to Manhattan physicians group

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 9/3/2014

Applicant's signature

Rothbey Perez
Printed name

| PERSONAL AND CHECK INFORMATION | EARNINGS | | | | | | |
|---|---|---|---|---|---|---|---|
| RUTHBEY PEREZ | | DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
| 41 46 50TH STREET | | | | | | | |
| APT 2B | | HOURLY | 47.75 | 10.0000 | 477.50 | 983.21 | 8945.8: |
| WOODSIDE, NY 11377 | | HOLIDAY | | | | 12.50 | 168.7! |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 9979 | | SICK | | | | 6.00 | 60.0( |
| Hire Date: 10/24/13 | | NIGHT DIFFERENT | | | | 25.39 | 12.7 |
| Status: PT | | PASSENGER VERIF | | | | 89.02 | 89.0: |
| Filing Status: | | RETRO | | | | 10.00 | 90.0( |
| Federal: Single, 2 | | | | | | | |
| State: NY, Single, 2 | | HOURS WORKED | 47.75 | | | 1008.60 | |
| Div/Br/Dept: 100/1000/100 | | ADJ EARNINGS | | | 477.50 | | 9366.3( |
| | | GROSS EARNINGS | 47.75 | | 477.50 | 1126.12 | 9366.3( |
| Pay Period: 08/09/14 to 08/22/14 | | | | | | | |
| Check Date: 08/29/14   Check #: 69958 | DEDUCTIONS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| TIME OFF (Based On Policy Year) | | UNIFORM DEDUCTI | | | | | 142.0( |
| DESCRIPTION   AVAILABLE   USED | | | | | | | |
| SICK PAY -    13.331   6.000  HOURS | | TOTAL | | | 0.00 | | 142.0( |
| NET PAY ALLOCATIONS | WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| DESCRIPTION      CURRENT ($)      YTD ($) | | | | | | | |
| Check Amount       422.23      8060.92 | | FEDERAL W/H | | | 8.71 | | 244.4: |
| Net Pay            422.23      8060.92 | | OASDI | | | 29.61 | | 580.7: |
| | | MEDICARE | | | 6.92 | | 135.7! |
| | | STATE W/H NY | | | 4.87 | | 121.3: |
| | | STATE SDI NY | | | 1.20 | | 21.6( |
| | | NY 2010-NYCNY | | | 3.96 | | 59.5: |
| | | TOTAL | | | 55.27 | | 1163.3: |

| >>> MESSAGES <<< | NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|---|
| YOUR SALARY IS PAID FOR BY THE CLIENTS OF GLOBAL SECURITY | | 422.23 | 8060.9: |
| Payrolls by Paychex, Inc. | | | |
| 0408-M674 GLOBAL SECURITY CONSULTING GRP ■ | | | |