UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,                  **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

  -against-

                                                        **14 CV 5211 (BMC) (LB)**

FRONTIER AIRLINES,

                Defendant.
-----------------------------------------------------------X

TO:    Ruthbey Perez, Pro Se
         41-46 50th Street, Apt. 2B
         Woodside, NY 11377

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Holland & Hart LLP and a member in good standing of the Bar of the State of Colorado, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant, Frontier Airlines. There are no pending disciplinary proceedings against me in any State or Federal court.

                                                               Respectfully submitted,

                                                               /s/ Bradford J. Williams
                                                               Bradford J. Williams
                                                               Holland & Hart LLP
                                                               555 Seventeenth Street, Suite 3200
                                                               Denver, CO 80202
                                                               bjwilliams@hollandhart.com
                                                               (303) 295-8121

Dated: October 1, 2014

7162309_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,                        **MOTION TO ADMIT**
                                                 **COUNSEL PRO HAC VICE**
   -against-

                                                 **14 CV 5211 (BMC) (LB)**

FRONTIER AIRLINES,

                Defendant.
------------------------------------------------------------X

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bradford J. Williams, hereby move this Court for an Order for admission Pro Hac Vice as counsel for Frontier Airlines in the above-captioned action.

       I am in good standing of the bar of the state of Colorado and there are no pending disciplinary proceedings against me in state or federal court.

                                                           Respectfully submitted,

                                                           /s/ Bradford J. Williams
                                                           Bradford J. Williams
                                                           Holland & Hart LLP
                                                           555 Seventeenth Street, Suite 3200
                                                           Denver, CO  80202
                                                           bjwilliams@hollandhart.com
                                                           (303) 295-8121

Dated:  October 1, 2014

7195399_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,              **AFFIDAVIT OF BRADFORD J.**
                                                      **WILLIAMS IN SUPPORT OF MOTION**
                                                        **TO ADMIT COUNSEL PRO HAC VICE**

-against-

                                                          **14 CV 5211 (BMC) (LB)**

FRONTIER AIRLINES,

                Defendant.
----------------------------------------------------------X

State of Colorado    )
                            )   ss:
County of Denver   )

       Bradford J. Williams, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Holland & Hart LLP.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Colorado.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendant, Frontier Airlines.

                                                               _____
                                                               Bradford J. Williams
                                                               Holland & Hart LLP
                                                               555 Seventeenth Street, Suite 3200
                                                               Denver, CO 80202
                                                               bjwilliams@hollandhart.com
                                                               (303) 295-8121

Dated: October 1, 2014

STATE OF COLORADO        )
                         ) ss.
COUNTY OF DENVER         )

On this 1st day of October, 2014, before me personally appeared by Bradford Williams, to me known to be the person described in and who executed the foregoing instrument and acknowledged that Bradford Williams executed the same as his/her free act and deed.

WITNESS my hand and seal the day and year last above written.

*Brenda S Proskey*
Notary Public

My Commission Expires: 2-11-16

7162301_1

[Notary Seal: BRENDA S. PROSKEY, NOTARY PUBLIC, STATE OF COLORADO]



# Supreme Court
## State of Colorado

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Bradford John Williams**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **22nd** day of **October** A. D. **2007** and that at the date hereof the said **Bradford John Williams**

is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **25th** day of **September** A. D. **2014**

**Christopher T. Ryan**
Clerk

By _Carla Trujillo_
Deputy Clerk



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,                **ADMISSION TO PRACTICE**
                                                            **PRO HAC VICE**
   -against-

                                                             14 CV 5211 (BMC) (LB)

FRONTIER AIRLINES,

                Defendant.
-----------------------------------------------------------X

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Bradford J. Williams, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant, Frontier Airlines.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:

                                                            _____
                                                            United States District Judge /
                                                           United States Magistrate Judge

cc:    Pro Hac Vice Attorney
        Court File

7159769_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUTHBEY PEREZ,

               Plaintiff,                        **AFFIRMATION OF SERVICE**

   -against-

                                         **14 CV 5211 (BMC) (LB)**

FRONTIER AIRLINES,

               Defendant.
-----------------------------------------------------------X

I hereby certify that on this date, I caused a copy of the attached Notice of Motion to Admit Counsel Pro Hac Vice, Motion to Admit Counsel Pro Hac Vice, Affidavit of Bradford J. Williams in Support of Motion to Admit Counsel Pro Hac Vice, State of Colorado Certificate of Good Standing, and Admission to Practice Pro Hac Vice, upon Plaintiff Ruthbey Perez by mailing it, via U.S. Mail postage prepaid, to:

Ruthbey Perez
41-46 50th Street, Apt. 2B
Woodside, NY  11377


                                                                Respectfully submitted,

                                                                 /s/ Bradford J. Williams

                                                                Bradford J. Williams
                                                                Holland & Hart LLP
                                                                555 Seventeenth Street, Suite 3200
                                                                Denver, CO  80202
                                                                bjwilliams@hollandhart.com
                                                                (303) 295-8121

Dated:  October 1, 2014

7195442_1