UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RUTHBEY PEREZ,

              Plaintiff,                      **ADMISSION TO PRACTICE**
                                                  **PRO HAC VICE**

   -against-

                                                  14 CV 5211 (BMC) (LB)

FRONTIER AIRLINES,

              Defendant.
-------------------------------------------------------------X

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Bradford J. Williams, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant, Frontier Airlines.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: 10/2/14

                                                  /S/ Judge Lois Bloom
                                                  ~~United States District Judge~~
                                                  United States Magistrate Judge

cc:    Pro Hac Vice Attorney
        Court File

7159769_1