

**Bradford J. Williams**
Phone (303) 295-8121
Fax (303) 223-3271

BJWilliams@hollandhart.com

October 3, 2014

**VIA ECF**

Hon. Magistrate Judge Lois Bloom
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Ruthbey Perez v. Frontier Airlines* (14-CV-5211 (BMC) (LB))

Dear Hon. Magistrate Judge Bloom:

      We represent Defendant Frontier Airlines in the above-captioned matter. Frontier Airlines hereby respectfully requests a 21-day extension of time, to and including October 30, 2014, within which to answer or otherwise respond to Plaintiff Ruthbey Perez's complaint.

      Frontier Airlines was served with Ms. Perez's summons and complaint via mail on September 15, 2014. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) and 6(d), Frontier Airlines' answer or other complaint is currently due on or before October 9, 2014. Undersigned counsel was just recently retained in this matter and is currently working to collect information needed to answer or otherwise respond to Ms. Perez's complaint. In addition, a second counsel for Frontier Airlines, Mr. Brian Mumaugh, is also currently in the process of preparing his pro hac vice admission motion in order to represent Frontier Airlines in this matter. For these reasons, Frontier Airlines respectfully requests a 21-day extension of time, to and including October 30, 2014, within which to answer or otherwise respond to Ms.Perez's complaint.

      Frontier Airlines has requested no previous extensions of time within which to answer or otherwise respond to Ms. Perez's complaint. Undersigned counsel conferred via telephone with Ms. Perez on October 1, 2014, and was advised that Ms. Perez does not object to the relief requested herein. As reflected below, undersigned counsel is hereby sending a copy of this letter to Ms. Perez, a non-ECF participant, via U.S. mail, postage prepaid.

      Thank you for your consideration of this matter.

                                                              Very truly yours,

                                                             Bradford J. Williams
                                                             for Holland & Hart LLP



Hon. Magistrate Judge Lois Bloom
October 3, 2014
Page 2

BJW

## Affirmation of Service

I hereby certify that on this date, I caused a copy of the attached letter to be served upon Plaintiff Ruthbey Perez by mailing it, via U.S. Mail postage prepaid, to:

Ruthbey Perez
41-46 50th Street, Apt. 2B
Woodside, NY 11377

        Respectfully submitted,

        Bradford J. Williams
        Holland & Hart LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO 80202
        bjwilliams@hollandhart.com
        (303) 295-8121

7199190_1