```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RUTHBEY PEREZ,

                        Plaintiff,                    ORDER
                                                      14 CV 5211 (BMC)(LB)
        -against-

FRONTIER AIRLINES,

                        Defendant.
-------------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

Defendant requests an extension of time to respond to plaintiff's complaint. (ECF No. 8). This is defendant's first request for an extension of time. *Pro se* plaintiff does not object to the request. Defendant's request is granted. Defendant shall respond to the complaint by October 30, 2014.

The Court shall hold an initial pretrial conference in this action pursuant to Fed. R. Civ. P. 16 on November 6, 2014, at 10:30 a.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.                                /S/ Judge Lois Bloom

                                           _____
                                           LOIS BLOOM
                                           United States Magistrate Judge

Dated: October 6, 2014
       Brooklyn, New York