UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,                    NOTICE OF MOTION TO ADMIT
                                                            COUNSEL PRO HAC VICE

  -against-

                                                            14 CV 5211 (BMC) (LB)

FRONTIER AIRLINES,

                Defendant.
------------------------------------------------------------X

TO:    Ruthbey Perez, Pro Se
         41-46 50th Street, Apt. 2B
         Woodside, NY  11377

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Holland & Hart LLP and a member in good standing of the Bars of the States of Colorado and Nebraska, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant, Frontier Airlines.  There are no pending disciplinary proceedings against me in any State or Federal court.

                                                        Respectfully submitted,

                                                          Brian M. Mumaugh
                                                          Holland & Hart LLP
                                                          6380 South Fiddlers Green Circle, Suite 500
                                                          Greenwood Village, CO  80111
                                                          bmmumaugh@hollandhart.com
                                                          (303) 290-1067

Dated:  October 7, 2014

7162318_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,                      **MOTION TO ADMIT**
                                                      **COUNSEL PRO HAC VICE**
   -against-

                                                      **14 CV 5211 (BMC) (LB)**

FRONTIER AIRLINES,

                Defendant.
-----------------------------------------------------------X

TO:    Ruthbey Perez, Pro Se
         41-46 50th Street, Apt. 2B
         Woodside, NY 11377

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bradford J. Williams, hereby move this Court for an Order for admission Pro Hac Vice as counsel for Frontier Airlines in the above-captioned action.

       I am in good standing of the bars of the states of Colorado and Nebraska and there are no pending disciplinary proceedings against me in state or federal court.

                                                       Respectfully submitted,

                                                       Brian M. Mumaugh
                                                     Holland & Hart LLP
                                                     6380 South Fiddlers Green Circle, Suite 500
                                                     Greenwood Village, CO 80111
                                                     bmmumaugh@hollandhart.com
                                                     (303) 290-1067

Dated: October 7, 2014

7196669_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUTHBEY PEREZ,

              Plaintiff,           **AFFIDAVIT OF BRIAN M. MUMAUGH**
                                                     **IN SUPPORT OF MOTION TO**
   -against-                         **ADMIT COUNSEL PRO HAC VICE**

                                                     14 CV 5211 (BMC) (LB)

FRONTIER AIRLINES,

              Defendant.
------------------------------------------------------------X

State of Colorado    )
                           )  ss:
County of Denver    )

      Brian M. Mumaugh, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Holland & Hart LLP.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the States of Colorado and Nebraska.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendant, Frontier Airlines.

                                                           _____
                                                           Brian M. Mumaugh
                                                           Holland & Hart LLP
                                                           6380 South Fiddlers Green Circle, Suite 500
                                                           Greenwood Village, CO 80111
                                                           bmmumaugh@hollandhart.com
                                                           (303) 290-1067

Dated: October 7, 2014

STATE OF COLORADO              )
                               ) ss.
COUNTY OF ARAPAHOE             )

      On this <u>7th</u> day of <u>October</u>, 2014, before me personally appeared by <u>Brian Mumaugh</u>, to me known to be the person described in and who executed the foregoing instrument and acknowledged that <u>Brian Mumaugh</u> executed the same as his/her free act and deed.

      WITNESS my hand and seal the day and year last above written.

ADELE CHRISTINE LEE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134025173
MY COMMISSION EXPIRES 04/19/2017

Notary Public

My Commission Expires: April 19, 2017

7162319_1



# Supreme Court
## State of Colorado

**STATE OF COLORADO**, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**BRIAN M MUMAUGH**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **9th** day of **November** A. D. **1989** and that at the date hereof the said **BRIAN M MUMAUGH** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **25th** day of **September** A. D. **2014**

**Christopher T. Ryan**
Clerk

By _Carla [signature]_
Deputy Clerk

# SUPREME COURT

# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on September 19, 1983, Brian M. Mumaugh was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on September 26, 2014.

_Terri A. Brown_
Clerk

By _Jill Machacek_
Acting Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,                    **ADMISSION TO PRACTICE**
                                                     **PRO HAC VICE**
   -against-

                                                     14 CV 5211 (BMC) (LB)

FRONTIER AIRLINES,

                Defendant.
-------------------------------------------------------------X

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Brian M. Mumaugh, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant, Frontier Airlines.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:

                                                             _____
                                                             United States District Judge

cc:    Pro Hac Vice Attorney
       Court File

7159782_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,                    **AFFIRMATION OF SERVICE**

  -against-

                                               14 CV 5211 (BMC) (LB)
FRONTIER AIRLINES,

                Defendant.
-------------------------------------------------------------X

I hereby certify that on this date, I caused a copy of the attached Notice of Motion to Admit Counsel Pro Hac Vice, Motion to Admit Counsel Pro Hac Vice, Affidavit of Brian M. Mumaugh in Support of Motion to Admit Counsel Pro Hac Vice, States of Colorado and Nebraska Certificates of Good Standing, and Admission to Practice Pro Hac Vice, upon Plaintiff Ruthbey Perez by mailing it, via U.S. Mail postage prepaid, to:

Ruthbey Perez
41-46 50th Street, Apt. 2B
Woodside, NY  11377

                                            Respectfully submitted,

                                            _____
                                            Brian M. Mumaugh
                                            Holland & Hart LLP
                                            6380 South Fiddlers Green Circle, Suite 500
                                            Greenwood Village, CO  80111
                                            bmmumaugh@hollandhart.com
                                            (303) 290-1067

Dated:  October 7, 2014

7196687_1