USM285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:14-cv-05211-BMC-LB   Document 11   Filed 10/07/14   Page 1 of 3 PageID #: 48

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RUTHBEY PEREZ | 14-cv-5211 (BMC)(LB) |
| DEFENDANT | TYPE OF PROCESS |
| FRONTIER AIRLINES | O, S, AND CMP. |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FRONTIER AIRLINES
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7001 TOWER ROAD, DENVER, CO 80249

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

[PRO SE, Ruthbey Perez
41-46 50th Street
Apt. 2B
Woodside, NY 11377

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

ALTERNATIVE ADDRESS FOR DEFT FRONTIER AIRLINES @ LA GUARDIA AIRPORT, FLUSHING, NY 11379

★ OCT 07 2014

Signature of Attorney other Originator requesting service on behalf of:
S. GALEANO
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 718-613-2610
DATE: 9/12/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

U.S. Department of Justice
United States Marshals Service



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
Eastern District of New York

TO: FRONTIER AIRLINES
7001 TOWER ROAD
DENVER, CO 80249

Civil Action, File Number 14-CV-5211 (BMC)(LB)

RUTHBEY PEREZ
v.
FRONTIER AIRLINES

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

9/15/2014
Date of Signature

Signature (USMS Official)

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

Frontier Airlines, 7001 Tower Road
Street Number and Street Name or P.O. Box No.

Denver, CO  80249
City, State and Zip Code

Signature Attorney for Defendant Frontier Airlines

xconsolidatedxcasesxxxxx
Relationship to Entity/Authority to Receive

Mail.
Service of Process

October 3, 2014
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03



**Bradford J. Williams**
Phone (303) 295-8121
Fax (303) 223-3271

BJWilliams@hollandhart.com

October 3, 2014

**VIA U.S. MAIL**

U.S. Marshal
Attn: Civil Process
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Ruthbey Perez v. Frontier Airlines* (14-CV-5211 (BMC) (LB))

To Whom It May Concern:

We represent Defendant Frontier Airlines in the above-captioned matter. Please find enclosed two copies of an Acknowledgement of Receipt of Summons and Complaint pertaining to the above-captioned matter. The summons and complaint were served upon Frontier Airlines via mail at 7001 Tower Road, Denver, Colorado 80249. As Frontier Airlines's attorney in this matter, I am acknowledging Frontier Airlines' receipt of the same through the attached Acknowledgements of Receipt of Summons and Complaint.

Please let me know if you have any questions.

Very truly yours,

Bradford J. Williams
for Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
bjwilliams@hollandhart.com
(303) 295-8121

BJW
Enclosures

7199273_1

**Holland & Hart LLP**
Phone [303] 295-8000   Fax [303] 295-8261   www.hollandhart.com
555 17th Street Suite 3200 Denver, CO 80202   Mailing Address P.O. Box 8749 Denver, CO 80201-8749
Aspen  Boulder  Carson City  Colorado Springs  Denver  Denver Tech Center  Billings  Boise  Cheyenne  Jackson Hole  Las Vegas  Reno  Salt Lake City  Santa Fe  Washington, D.C.