# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ruthbey Perez

41-46 50th St. Apt. 2B

Woodside, NY 11377

NAME OF PLAINTIFF(S)

Frontier Airlines

la guardia airport Main terminal

Flushing, NY 11373

NAME OF DEFENDANT(S)

RECEIVED
SEP 03 2014
4:05PM    TC
PRO SE OFFICE

**COMPLAINT**

**CV 14 - 5211**   ORIGINAL

COGAN, J.

BLOOM, M.J.

This action is brought for discrimination in employment pursuant to (check only those that apply):

⌧
Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

⌧
Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-



Jurisdiction is specifically conferred upon this United States District Court by the

aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.  Jurisdiction may also be

appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of

1991, Pub. L. No. 102-166, and any related claims under New York law.

1.     Plaintiff resides at:

41-46 50th St. Apt. 2B
_____
            Street Address

Woodside    ,   NY   ,   11377 ,  718-565-6150
_____     _____      _____   _____
  County          State       Zip Code   Telephone Number

2.     Defendant(s) resides at, or its business is located at:

1001 Tower Road
_____
            Street Address

_____ ,   Denver,   CO   ,   80249
  County      City      State      Zip Code

3.     The address at which I sought employment or was employed by the defendant(s) is:

La Guardia Airport Main terminal
_____
            Street Address

1_____ ,   Flushing   NY   ,   _____
  County      City      State      Zip Code

4.  The discriminatory conduct of which I complain in this action includes
    *(check only those that apply).*

    _____       Failure to hire.

    X           Termination of my employment.

    _____       Failure to promote.

    _____       Failure to accommodate my disability.

    X           Unequal terms and conditions of my employment.

    X           Retaliation

    _____       Other acts *(specify):* _____ .

NOTE:   *Only those grounds raised in the charge filed with the Equal Employment*
        *Opportunity Commission can be considered by the federal district court.*

5.  It is my best recollection that the alleged discriminatory acts occurred on:
    _____9/17/07_____ .
    Date(s)

6.  I believe that the defendant(s) *(check one)*

    _____       is still committing these acts against me.

    X           is <u>not</u> still committing these acts against me.

7.  Defendant(s) discriminated against me based on my:
    *(check only those that apply and state the basis for discrimination, for example,*
    *what is your religion, if religious discrimination is alleged)*

    ☒   race Hispanic_____        [ ]   color _____

    [ ]  gender/sex _____      [ ]   religion _____

    ☒   national origin Colombia_____

    [ ]  disability _____

    ☒   age. If age is checked, answer the following:

        I was born in 1956 . At the time(s) defendant(s) discriminated against me,
                      Year
        I was ☒ <u>more</u>  [ ] <u>less</u> than 40 years old.  *(check one).*

-3-

**NOTE:**     *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8.     The facts of my case are as follows:

I was repeatedly called old at my place of work, by Angel Guerrero since I started work in 2007. The general manager Mr. David Montemarano accused me of not being able to work because of my age and would make comments about how he did not like Colombians and hispanics I was wrongly accused of checking the wrong passanger right before this occured I had a meeting with Kim Zasksteigner the general monager for the entire airline. Mr. Montemarano did Not approve that I was having a private meeting with his boss.

*(Attach additional sheets as necessary)*

**NOTE:**     *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9.     It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: _____.

                                                          Date

10.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 10/12/12

                                                          Date

-4-

**Only litigants alleging age discrimination must answer Question #11.**

11.   Since filing my charge of age discrimination with the Equal Employment Opportunity

   Commission regarding defendant's alleged discriminatory conduct *(check one)*:

   _____   60 days or more have elapsed.

   X   less than 60 days have elapsed.

12.   The Equal Employment Opportunity Commission *(check one)*:

   X   has **not** issued a Right to Sue letter.

   _____   **has** issued a Right to Sue letter, which I
   **received on** _____.
                                Date

**NOTE:**   Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity
   Commission to this complaint.

   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

PLAINTIFF'S SIGNATURE

Dated: Sept . 3 2014

41-46 Jost apt 2B
Address
woodside   NY 11377
718- 565 6150 H
Phone Number
917 923 7461 e

rev. 3/14/13

ComplaintUnderTitleVII,ADAorADEAEDNY.rev.3/14/13

Case 1:14-cv-05211-BMC-LB   Document 11   Filed 09/03/14   Page 7 of 14 PageID #:

Mr. Montemarano... make a case against me with the incentive that he will give them a good recommendation to get a job with a different airline. These five people can attest to this. I called a meeting with Mr. Montemarano, these 5 employees, and human resources to discuss this issue and a meeting never occured. I was a full time worker with seniority, I was demoted to part time, in my last year working their, then given a notice that in 3 months my position will be terminated. Before the three months was up I was fired for being wrongly accused for checking the wrong passenger. I have proof that I checked the right passenger in. Part of the reason I feel that I was fired was that I had been with the company for 5 years and I was over 55 years old so I could have retired with full benefits. I have included documents from this airline pertaining to this issue.

Thank you,

Rodney Perez

Case 1:14-cv-05211-BMC-LB   Document 1   Filed 09/03/14   Page 8 of 14 PageID #: 8

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Perez Ruthbey<br>41-46 50th Street<br>Apt 2b<br>Woodside, NY 11377 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2013-00227 | Ashraf Ahmed,<br>Investigator | (212) 336-3781 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_____     5/15/201X
Kevin J. Berry                        (Date Mailed)
District Director

Enclosures(s)

cc:   Attn
Director of Human Resources
FRONTIER AIRLINES
La Guardia Airport
Flushing, NY 11379



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5ᵗʰ Floor
New York, NY 10004-2112
District Office: (212) 336-3620
TTY (212) 336-3622

Ashraf Ahmed
Federal Investigator

Ms. Ruthbey Perez
41-46 50ᵗʰ Street (Apt. 2B)
Woodside, New York 11377

Re: *Perez v. Frontier Airlines*
EEOC Charge No. 520-2013-00227

Dear MS. Perez,

The Equal Employment Opportunity Commission (hereinafter referred "Commission") has reviewed above-captioned job discrimination complaint according to case prioritization procedures surrounding open investigations. Consequently, the Commission focuses available staff resources only on those cases most likely to result in violation determination(s) of laws it enforces.

In accordance with such standards, the Commission evaluated said charges based upon factual information and/or investigative evidence collected. Pursuant to this evaluation, the Commission can not conclude that you were subjected to any adverse employment action (i.e., job termination) motivated by discriminatory animus as defined under the Commission's guidelines and federal law.

Specifically, the charge alleges that Respondent, Frontier Airlines, discriminated against you on account of Race (Hispanic) and Age (57) during that course of your employ as a Gate Agent, September 2007 – October 2012, concluding in involuntary separation.

Based on an analysis of material documents and records received, including personnel action correspondence, the Commission is unable to conclude that a violation of Federal law on the part of Respondent occurred. This does not certify that Respondent complies with applicable anti-discrimination statutes; no finding is made as to any other issue that might be construed as having been raised by this charge.

Therefore, your complaint is hereby dismissed in its entirety. Attached is "Dismissal and Notice of Rights," affording an opportunity for a private lawsuit. If you wish to pursue this case further in Federal District court, the lawsuit must be filed within 90 days of Notice's receipt.

In the interim, should questions arise regarding the aforesaid, kindly feel free to contact Investigator Ashraf Ahmed directly by telephone via (212) 336 – 3781.

Sincerely,

on behalf of

Kevin Berry
District Director

5/15/201Y
Date

**FRONTIER.**

Frontier Airlines, Inc.          P 720.374.4200          frontierairlines.com
Frontier Center One           F 720.374.4375
7001 Tower Road
Denver, CO 80249

April 30, 2012

**VIA HAND DELIVERY**

Ruth Perez

La Guardia Station

Dear Ruth:

This letter is to inform you that the Company will be reducing its workforce at this location due to flight reductions. We regret to inform you that your position in Flushing/ LaGuardia will be eliminated on or about June 1. Under the Company's employment policies, you do have bumping rights within your location.

You have the right to bump the most junior part time agent in reverse seniority order on the published seniority list, if you wish to accept a part time position at this location in lieu of furlough. In the event that you chose not to exercise your right to bump into a part time position or take a furlough, you may also sever your employment with the company and receive 2 weeks of severance pay.

In the event that attrition and/or voluntary furloughs would offset the necessity of eliminating your position, the Company will notify you as soon as possible.

Thank you very much for your service to Frontier Airlines and your continued dedication. For further information concerning this reduction in force, please do not hesitate to contact me.

Sincerely,

David Montemarano
La Guardia City Manager
Frontier Airlines, Inc.

*A whole different animal.*

# FRONTIER.

| | | |
|---|---|---|
| Frontier Airlines, Inc. | P 720.374.4200 | frontierairlines.com |
| Frontier Center One | F 720.374.4375 | |
| 7001 Tower Road | | |
| Denver, CO 80249 | | |

October 1, 2012

**VIA HAND DELIVERY**

Ruthbey Perez

La Guardia Station

Dear Ruthbey:

This letter is to inform you that the Company will be reducing its workforce at this location due to flight reductions. We regret to inform you that your CSA position – out below/above - LGA will be eliminated on or about November 1. You are eligible to remain on the Frontier furlough list for a period of up to five years or you may sever your employment with the Frontier and receive 2 weeks of severance pay if you stay employed with Frontier in good standing until November 1.

Thank you very much for your service to Frontier Airlines and your continued dedication. For further information concerning this reduction in force, please do not hesitate to contact me.

Sincerely,

David Montemarano
La Guardia City Manager
Frontier Airlines, Inc.

*A whole different animal.*

Case 1:14-cv-05211-BMC-LB   Document 1   Filed 09/03/14   Page 12 of 14 PageID #: 12

I received this letter on 8/25/14 at midnight when I came home from work at the mailboxes in my apartment building. It was over flowing with all the residents mail. I believe that I did not recieve this letter when I was supposed to because I have lived in three different apartments in the same building. At times my mail gets confused with different addresses in the building and sometimes the residents take a long time to return the mail. I have proof of the different apartments that I have rented in the same apartment building

Thank you,
Kristina Perez

THE
BANK OF
NEW
YORK

PAGE
1

SOCIAL SECURITY NO., TAX ID. NO.

H          111 62 6679

IF BLANK SEE REVERSE SIDE

RUTHBEY PEREZ
VICTOR M REYES
41 46 50TH STREET
APT 2E
WOODSIDE NY   11377

S

FOR INFORMATION ABOUT AUTOMATIC TRANSFERS CALL 212-495-1784
OR WRITE   48 WALL STREET      NEW YORK      NEW YORK    10286

| TYPE ACCOUNT | BRANCH | ACCOUNT NUMBER | STARTING DATE | CLOSING DATE | ITEMS ENCLOSED |
|---|---|---|---|---|---|
| BUDGET CHECKING | 420 | 0000603716 | 06/21/90 | 07/23/90 | 10 |


**New York Telephone**

A **NYNEX** Company

Account Number:

**718 565-7763 940 177**

February 25, 1990

**Total amount due**          $825.00

**Previous charges**

Amount of last bill          $697.97
Payments through February 28    300.00CR
Balance                      $397.97

R PEREZ
41-46 50 ST
APT 2E
WOODSIDE NY
11377-4335

P21

**Current charges**

**Due date**          March 22, 1990

New York Telephone          $44.03
AT&T                         383.00
Total current charges       $427.03

These charges are for February 25 through March 24.   You have basic budget service.          $12.73
Line charge ordered by the Federal Communications Commission          3.50
A detailed explanation of your Basic service  Is provided three times a year.     Total     $16.23