

**Bradford J. Williams**
Phone (303) 295-8121
Fax (303) 223-3271
BJWilliams@hollandhart.com

October 30, 2014

**VIA ECF**

Hon. Magistrate Judge Lois Bloom
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Ruthbey Perez v. Frontier Airlines* (14-CV-5211 (BMC) (LB))

Dear Hon. Magistrate Judge Bloom:

We represent Defendant Frontier Airlines in the above-captioned matter. On October 6, 2014, this Court set an initial pretrial conference pursuant to Fed. R. Civ. P. 16 for November 6, 2014, at 10:30 a.m. in Courtroom 11A South of the United States District Court, 225 Cadman Plaza East, Brooklyn, New York. Counsel for Frontier Airlines is located in Denver, Colorado, and has been admitted *pro hac vice* to argue this case. In light of the expense counsel would incur in traveling to Brooklyn, New York, for the October 6th initial pretrial conference, counsel respectfully requests that it be granted leave to appear at the October 6th conference telephonically.

Undersigned counsel conferred with Ms. Perez via telephone regarding this issue on October 29, 2014, and was informed Ms. Perez does not know what procedure the Court prefers, but would be fine with any decision the Court reaches on this matter. As reflected below, counsel for Frontier is hereby sending a copy of this letter to Ms. Perez, a non-ECF participant, via U.S. mail, postage prepaid.

Thank you for your consideration of this matter.

Very truly yours,

Bradford J. Williams
for Holland & Hart LLP

BJW

**Holland & Hart** LLP
Phone [303] 295-8000   Fax [303] 295-8261   www.hollandhart.com
555 17th Street  Suite 3200  Denver, CO 80202   Mailing Address  P.O. Box 8749  Denver, CO 80201-8749
Aspen  Boulder  Carson City  Colorado Springs  Denver  Denver Tech Center  Billings  Boise  Cheyenne  Jackson Hole  Las Vegas  Reno  Salt Lake City  Santa Fe  Washington, D.C.



Hon. Magistrate Judge Lois
Bloom
October 30, 2014
Page 2

Affirmation of Service

I hereby certify that on this date, I caused a copy of the attached letter to be served upon Plaintiff Ruthbey Perez by mailing it, via U.S. Mail postage prepaid, to:

Ruthbey Perez
41-46 50th Street, Apt. 2B
Woodside, NY 11377

Respectfully submitted,

Bradford J. Williams
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
bjwilliams@hollandhart.com
(303) 295-8121

7199190_1