UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,                                    **ORDER**
                                                                     **14 CV 5211 (BMC)(LB)**

   -against-

FRONTIER AIRLINES,

                Defendant.
------------------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      On October 6, 2014, I granted defendant's motion for an extension of time to respond to plaintiff's complaint and set an initial pretrial conference for November 6, 2014 at 10:30 a.m. (ECF No. 9.) After I set the initial conference, defendant filed a request for a pre-motion conference before Judge Cogan. (ECF No. 13.) Judge Cogan has asked me to hold the pre-motion conference in conjunction with the already scheduled initial conference.

      Defendant's counsel requests to appear at the initial pretrial conference via telephone. (ECF No. 14.) Defendant's counsel is located in Denver, Colorado and makes this request in order to spare the expense of travelling to New York for the initial conference. Defendant has a right to be represented by the counsel of its choice. However, defendant had notice that this suit was filed in Brooklyn and that the initial conference would be held in the courthouse in Brooklyn. Defendant's counsel's request is denied.

      Ms. Perez will appear in court for the conference. If defendant wishes to spare the expense of *pro hac vice* counsel from Holland & Hart travelling to Brooklyn, defendant may designate local counsel to file a Notice of Appearance and appear in court on its behalf. Counsel from Holland & Hart may appear telephonically as long as local counsel is present. The initial

conference shall be held as scheduled, on November 6, 2014 at 10:30 a.m. in Courtroom 11A South of the United States District Court, 225 Cadman Plaza East, Brooklyn, New York.

SO ORDERED.

                                                                                                    /S/
                                                  LOIS BLOOM
                                                  United States Magistrate Judge

Dated: October 30, 2014
       Brooklyn, New York