UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| RUTHBEY PEREZ, | : | Civil Action No. 1:14-cv-05211-BMC-LB |
| Plaintiff, | : | |
| -against- | : | |
| FRONTIER AIRLINES, | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned, a member of this Court in good standing, hereby appears as counsel for defendant Frontier Airlines, and requests that a copy of all pleadings, notices, filings, correspondence and other papers relating to this action be served upon the undersigned at the address stated below.

Dated: Newark, New Jersey
November 4, 2014

PROSKAUER ROSE LLP

By     s/ *Edna D. Guerrasio*
   Edna D. Guerrasio
   eguerrasio@proskauer.com
One Newark Center, 18th Floor
Newark, New Jersey 07102-5211
973.274.3200

Attorneys for Defendant
 *Frontier Airlines*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the below date, a true and correct copy of Edna D. Guerrasio's Notice of Appearance was filed with the Court via ECF, and served upon plaintiff Ruthbey Perez via U.S. Mail, postage prepaid, to:

>Ruthbey Perez, *pro se*
>41-46 50th Street, Apt. 2B
>New York, NY 11377

>*s/ Edna D. Guerrasio*
>Edna D. Guerrasio

Dated: November 4, 2014