UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

INITIAL CONFERENCE

NOVEMBER 6, 2014

Case Name: Perez v. Frontier Airlines

Docket Number: 14cv5211

Tick Numbers: 10:33 - 11:17
Total Time in Court: 44 min

**Plaintiff/Plaintiff's Counsel:**

Name: Ruthbey Perez
Address/Firm: 41-46 50st apt 2B
Woodside ny 11377
Telephone: (718) 565-6150 - (917) 923-7461

☐ This is a new address.

**Defendant(s):**

Counsel: Edna Guerrasio
Firm Name: Proskauer Rose

Counsel:
Firm Name: