ORIGINAL

RECEIVED
NOV 06 2014
12:51 PM JD
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
Ruthbey Perez
           Plaintiff,

-against-

Frontier Airlines

           Defendant(s).
-------------------------------------------------X

APPLICATION FOR THE COURT TO REQUEST COUNSEL

14 cv 05211 (BMC LB)

1. Name of applicant  Ruthbey Perez

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

   I feel that I need a lawyer in this case because the legal process can be difficult to understand and specially when I am facing 3 lawyers it could be at a serious disadvantage without an attorney.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

   I called a few attorney's office but they request money at front for consultation and to represent me in court and I don't have any money.

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   no, English is OK for me.

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: 11/6/2014

_____
Signature

*rev. 7/08*
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

Ruthbey Perez

                Plaintiff,

-against-

Frontier airlines

                Defendant(s).
------------------------------------------------------X

REQUEST TO PROCEED
*IN FORMA PAUPERIS*
IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL

14 cv 5211 (BMC) (Lb)

I, Ruthbey Perez _____ (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   *total earnings per month 1898 P/M after taxes.*
   Swissport, JFK airport building 151 Jamaica NY - 180 P/W
   global Security JFK airport building 79 Jamaica, NY - 210 P/W

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   _____

   _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   no

   a) Are you receiving any public benefits?  ☒ No  ☐ Yes, $_____
   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $_____

*rev. 7/08*

4. Do you have any money, including money in a checking or savings account? If so, how much?

   no

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

   ☒ No   ☐ Yes, $

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☐ No   ☒ Yes, $ 1144.77 per month.

7. List the person(s) that you pay money to support and the amount you pay each month.

   First Service I pay my Rent - time warner cable - Con Edison -

8. State any special circumstances which the Court should consider.

   Since I lost my Job (Fired) with frontier airlines I had so much anxiety - worry - Depression mood swings, Irritability - eating and sleeping problems and I am loosing my hair.

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 11/6/2014          [signature]
                          *Signature*

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

Ruthby Perez

Plaintiff,

-against-

Frontier airlines

Defendant(s).
-------------------------------------------------------- X

**AFFIRMATION OF SERVICE**

14 cv 5211 (BMC) (LB).

I, Ruthby Perez _____ (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) Edna D. guerra s/o one newark, center newark, NJ 07102-5211

whose address is: phone 973-274-3219

by mail
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: 11/6/2014

_Signature_

41-46 50st apt 2B
Address

woodside ny 11377

_____
City, State & Zip Code

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Rutlubey Perez

                Plaintiff,                Affirmation of Service

-against-

Frontier airlines.             14 cv 5211 (bmc)(LB)

                Defendant.
---------------------------------------------------------X

I, Rutlubey Perez, declare under penalty of perjury that I have served a copy of the attached _____

upon Bradford J. Williams

whose address is: Holland & Hart - the Law out west
555 17th Street Suite 3200
Denver, CO 80202

Dated: _____, New York

_____
Signature

41-46 50st 2B
Address

Woodside NY 11377
City, State, Zip Code

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X

Ruthbey Perez

Plaintiff,

-against-

Frontier airlines

Defendant.
--------------------------------------X

Affirmation of Service

14 cv 5211 (BMC)(LB)

I, Ruthbey Perez, declare under penalty of perjury that I have served a copy of the attached _____

upon Brian M. Mumaugh

whose address is: Holand & Hart LLP.
6380 S. Fiddlers green cir suite 500
greenwood village, CO 80111

Dated: 11/6/2014
, New York

_____
Signature

41-46 50 st 2B
Address

woodside ny 11377
City, State, Zip Code