UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RUTHBEY PEREZ,

                      Plaintiff,

      -against-

FRONTIER AIRLINES,

                    Defendant.
----------------------------------------------------------X

**STATEMENT PURSUANT TO RULE 7.1**

14 CV 5211 (BMC) (LB)

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrate judges to evaluate possible disqualification and recusal, the undersigned attorney of record for Defendant certifies that Frontier Airlines, Inc., a Colorado corporation, is a wholly owned subsidiary of Frontier Airlines Holdings, Inc., a Delaware corporation, which is a wholly owned subsidiary of Falcon Acquisition Group, Inc., a Delaware corporation.

Dated:  November 21, 2014.

HOLLAND & HART LLP

By:     /s/ Bradford J. Williams
         Brian M. Mumaugh
         Bradford J. Williams
         6380 S. Fiddlers Green Cir., Suite 500
         Greenwood Village, CO 80111
         bmumaugh@hollandhart.com
         bjwilliams@hollandhart.com
         *Attorneys for Defendant, Pro Hac Vice*

PROSKAUER ROSE LLP

By:     /s/ Edna Guerrasio
         Edna Guerrasio
         One Newark Center, 18th Floor
         Newark, NJ 07102
         eguerrasio@proskauer.com
         *Attorneys for Defendant*