UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUTHBEY PEREZ,

               Plaintiff,                   **CERTIFICATE OF SERVICE**

  -against-

                                                   14 CV 5211 (BMC) (LB)

FRONTIER AIRLINES,

               Defendant.
------------------------------------------------------------X

      I hereby certify that on the 21st day of November, 2014, I caused to be served Defendant's Answer and Statement Pursuant to Rule 7.1 by United States Mail on Plaintiff *Pro Se* Ruthbey Perez, 41-46 50th St., Apt. 2B, Woodside, NY 11377.

Dated:  November 21, 2014.

                                                   /s/ Bradford J. Williams

7330871_1