UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet
STATUS
~~INITIAL~~ CONFERENCE

DECEMBER 5, 2014

Case Name: <u>Perez v. Frontier Airlines</u>

Docket Number: <u>14cv5211</u>

Tick Numbers: 10:40 - 11:08
Total Time in Court: 28 min

**Plaintiff/Plaintiff's Counsel:**

Name: Ruthbey Perez

Address/Firm: 41-46 50st #B
Woodside NY 11377

Telephone: 718-565-6150 / 917-923-7461

☐ This is a new address.

**Defendant(s):**

Counsel: Edna Guerrasio
Firm Name: Proskauer Rose

By phone:
Counsel: Bradford Williams   Brian Mumaugh
Firm Name: Holland & Hart