UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RUTHBEY PEREZ,

                Plaintiff,                              **ORDER**
                                                                  14 CV 5211 (BMC)(LB)

   -against-

FRONTIER AIRLINES,

                Defendant.
-------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      The Court held a conference on December 5, 2014 in plaintiff's employment discrimination action. The parties have exchanged initial disclosures and defendant's counsel provided plaintiff with a copy of her personnel file in court. The Court shall hold a status conference on January 16, 2015 at 10:30 a.m. in Courtroom 11A South. In order to allow the parties time to discuss resolution of the case, discovery is stayed pending the status conference. Plaintiff and defendant's local counsel shall appear in person at the conference and defendant's counsel from Holland & Hart may appear by phone.

      If the parties are able to resolve the case prior to the conference, defendant's counsel shall inform the Court and request cancellation of the status conference. If the parties wish the Court to assist them in resolving the case, defendant's counsel, with consent of plaintiff, shall request that the Court schedule a settlement conference in lieu of the status conference. If a settlement conference is requested, the Court will require enough notice to order the parties to provide confidential settlement statements ahead of the conference.

SO ORDERED.

                                                                         /S/ Judge Lois Bloom
                                                                         LOIS BLOOM
Dated: December 5, 2014                              United States Magistrate Judge
         Brooklyn, New York