UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RUTHBEY PEREZ,                                                          Civil Action No.: 14 cv 05211-BMC-LB

               Plaintiff,

                                                              **NOTICE OF APPEARANCE**

   -against-

FRONTIER AIRLINES,

               Defendants.
---------------------------------------------------------X

     **PLEASE TAKE NOTICE** that HENRY LAW GROUP, by the undersigned, Chauncey D. Henry, Esq., hereby appears as attorney of record for Plaintiff **RUTHBEY PEREZ**, and that from this day forward, a copy of all notices and other papers herein are to be served upon the undersigned at the address indicated below.

Dated:  December 22, 2014
          Garden City, New York

                                                Respectfully Submitted,
                                                HENRY LAW GROUP

/s/
By: CHAUNCEY D. HENRY (CH2982)
*Attorney for Plaintiff,*
*Ruthbey Perez*
825 East Gate Blvd, Suite 106
Garden City, New York 11530
Phone: (516) 366-4367
Facsimile: (516) 688-3955
Email: chauncey.henry@hlawg.com

1

## CERTIFICATE OF SERVICE

      This is to certify that on this **22th** day of **DECEMBER** of **2014**, a true and correct copy of the **NOTICE OF APPEARANCE** was served on the following counsel of record via CM/ECF of the **Eastern District of New York** and by depositing said copy, properly enclosed in a prepaid envelope in the sole custody of the United States Postal Service, directed to the Defendant at the address designated by its Counsel within the State of New York for that purpose as follows:

Brian M. Mumaugh
Holland & Hart LLP
6380 S Fiddlers Green Cir
Suite 500
Greenwood Village, CO 80111
303-290-1067
Fax: 303-713-6255
Email: bmumaugh@hollandhart.com

Bradford J. Williams
Holland & Hart LLP
555 17th Street
Suite 3200
Denver, CO 80202
303-295-8121
Fax: 303-295-8261
Email: bjwilliams@hollandhart.com

Edna Guerrasio
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ 07102
973-274-3200
Fax: 973-274-3299
Email: eguerrasio@proskauer.com
*Attorney(s) for Defendant,*
*Frontier Airlines*

/s/_____
By: CHAUNCEY D. HENRY (CH2982)
*Attorney for Plaintiff,*
*Ruthbey Perez*
825 E. Gate Blvd., Suite 106
Garden City, N.Y. 11530
Phone: (516) 366-4367
Fax: (516) 688-3955
Email: chauncey.henry@hlawg.com