

Proskauer Rose LLP   One Newark Center   Newark, NJ 07102-5211

A New York Limited Liability Partnership
Lawrence R. Sandak, Managing Resident Partner

Edna D. Guerrasio
Attorney
d 973.274.3219
f 973.274.3299
eguerrasio@proskauer.com
www.proskauer.com

January 12, 2015

**By ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Ruthbey Perez v. Frontier Airlines, 14 Civ. 5211

Dear Magistrate Judge Bloom:

    We represent Defendant in the above-referenced matter.  We write to inform the Court that the parties have reached a settlement in principle and are in the process of preparing settlement documents for review and execution.  The parties expect to file a stipulation of discontinuance within 30 days and therefore respectfully request an adjournment of the court conference currently scheduled for Friday, January 16, 2015.

Respectfully submitted,

/s/ Edna D. Guerrasio
Edna D. Guerrasio

cc:   Chauncy D. Henry (via ecf)
      Brian Mumaugh (via ecf)
      Brad Williams (via ecf)