UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
Ruthbey Perez,

        Plaintiff,                      Civil Case No.:14 cv 05211-BMC-LB

    -against-

Frontier Airlines,

        Defendant.
------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, Ruthbey Perez ("Plaintiff") and Defendant Frontier Airlines ("Defendant"), through their undersigned counsel, hereby stipulate and agree that all claims in this matter that Plaintiff has asserted against Defendant are hereby dismissed with prejudice and on the merits, without costs against any party or rights of appeal.

Dated: January 29, 2015

By: /s/  
    Chauncey D. Henry, Esq.  
    *Attorney for Plaintiff,*  
    *Ruthbey Perez*  
    HENRY LAW GROUP  
    825 E. Gate Blvd., Suite 106  
    Garden City, New York 11530  
    Phone: (516) 366-4367  
    Fax: (516) 688-3955  
    Email: chauncey.henry@hlawg.com

By: _____  
    Bradford J. Williams, Esq.  
    *Attorney for Defendant,*  
    *Frontier Airlines*  
    Holland & Hart LLP  
    555 17th Street, Suite 3200  
    Denver, Colorado 80202  
    Phone: (303) 295-8121  
    Fax: (303) 223-3271  
    E-mail: BJWilliams@hollandhart.com